IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE BARNETT WARD, JR. : CIVIL ACTION
:
v. :
:
CITY OF COATESVILLE, PENNA., et al.: NO. 10-0482

M E M O R A N D U M

O'NEILL, J.                                               MARCH 25, 2010

    Plaintiff, a prisoner at the Chester County Prison, has filed a pro se 42 U.S.C. § 1983 civil rights complaint against the City of Coatesville, the Coatesville Police Department and four police officers. Plaintiff is alleging that he has been falsely arrested and imprisoned.

    Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's complaint is insufficient because he fails to adequately describe his state criminal proceedings. Since plaintiff is pro se, he will be granted leave to file an amended complaint to meet these pleading infirmities.

    If plaintiff intends to pursue this case, he must file an amended complaint in which he provides the following information: (1) the date of his criminal trial and the outcome of said trial, and (2) the status of any ongoing appellate procedures in State Court.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE BARNETT WARD, JR. : CIVIL ACTION
:
:
v. :
:
CITY OF COATESVILLE, PENNA., et al.: NO. 10-0482

O R D E R

AND NOW, this 25 day of March, 2010, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to amend within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.